Messages - Tim Vaughn                                          +18125896391, 8125896391, alexis.wellscheer@gmail.com

iMessage
7/30/19 9:12:08 PM CDT

**Tim Vaughn (+18124704884)**
Do you want a drink?

7/30/19 9:12:18 PM CDT

**Tim Vaughn (+18124704884)**
I'm going down now

7/30/19 9:12:51 PM CDT

Sure what are my options

7/30/19 9:13:01 PM CDT

**Tim Vaughn (+18124704884)**
Anything

7/30/19 9:13:19 PM CDT

**Tim Vaughn (+18124704884)**
Margarita, Moscow mule, rum and coke

7/30/19 9:13:30 PM CDT

**Tim Vaughn (+18124704884)**
Rum runner

7/30/19 9:13:35 PM CDT

Mojito

7/30/19 9:13:49 PM CDT

**Tim Vaughn (+18124704884)**
Ok

7/30/19 9:16:58 PM CDT

**Tim Vaughn (+18124704884)**
Is Haley already asleep she didn't answer my text

7/30/19 10:02:47 PM CDT

**Tim Vaughn (+18124704884)**
Did you fall asleep

Messages - Tim Vaughn                                                           +18125896391, 8125896391, alexis.wellscheer@gmail.com

7/30/19 10:03:01 PM CDT

> I'm awake

7/30/19 10:14:20 PM CDT

**Tim Vaughn (+18124704884)**
> You coming up

7/30/19 10:14:58 PM CDT

> Yes is it 3631

7/30/19 10:15:05 PM CDT

**Tim Vaughn (+18124704884)**
> Yes

7/30/19 10:15:27 PM CDT

> Okay on my way up

7/30/19 10:15:32 PM CDT

**Tim Vaughn (+18124704884)**
> Ok