Messages - Tim Vaughn                                    +18125896391, 8125896391, alexis.wellscheer@gmail.com

Text message
9/30/19 6:52:08 PM CDT

Tim Vaughn (+18124704884)

I see you have been back to working out and you look great   Keep it up.
We need to shoot sport and more variety of sleepwear.   I started your
portfolio and comp card layouts and can share those tomorrow

9/30/19 6:52:47 PM CDT

Thank you! And yay can't wait!

9/30/19 6:53:06 PM CDT

Tim Vaughn (+18124704884)



9/30/19 8:48:12 PM CDT

Tim Vaughn (+18124704884)

Do you want to go by Lexi or what? For your comp card

iMessage
9/30/19 8:49:43 PM CDT

Lexi is fine

10/1/19 9:03:43 PM CDT

Did you happen to finish the portfolio today?

10/1/19 9:15:27 PM CDT

Tim Vaughn (+18124704884)

I didn't because your mom launched a virus on her computer and I had
to secure the glad server and clean all the malware out of the whole glad
system.

10/1/19 9:16:05 PM CDT

Uh oh... yeah I opened that email she sent

10/1/19 9:16:36 PM CDT

Tim Vaughn (+18124704884)

You didn't type anything g in the password box did you

Messages - Tim Vaughn                                    +18125896391, 8125896391, alexis.wellscheer@gmail.com

10/1/19 9:17:00 PM CDT

Tim Vaughn (+18124704884)
If you did change your password on Microsoft

10/1/19 9:17:31 PM CDT

No I didn't but I already changed my password just in case

10/1/19 9:17:41 PM CDT

Tim Vaughn (+18124704884)
Lol

10/8/19 2:28:39 PM CDT

Do you still have those measurements we took before vacation?

10/8/19 2:33:27 PM CDT

Tim Vaughn (+18124704884)
Yep

10/8/19 2:33:52 PM CDT

Tim Vaughn (+18124704884)

10/8/19 2:49:56 PM CDT

I just did a quick measurement and I think I've lost another inch or 2 on the waist and hips

10/8/19 2:52:30 PM CDT

Tim Vaughn (+18124704884)
Awesome

10/8/19 2:52:44 PM CDT

Tim Vaughn (+18124704884)
We may reshoot some stuff then

10/8/19 2:53:47 PM CDT

Okay! I can write the measurements down when I get back to my apartment

10/8/19 3:25:23 PM CDT

Tim Vaughn (+18124704884)
Ok no rush.

10/8/19 3:25:51 PM CDT

Tim Vaughn (+18124704884)
I plan to come down in the next 10 days

Text message
10/8/19 5:31:07 PM CDT

Tim Vaughn (+18124704884)
I plan to come down in the next 10 days

10/8/19 5:31:07 PM CDT

Tim Vaughn (+18124704884)
Ok no rush.

iMessage
10/8/19 5:40:51 PM CDT

Come down where?

10/8/19 5:46:49 PM CDT

Tim Vaughn (+18124704884)
well once scheduled with you to set up a shoot.  Nashville, around Bowling green  somewhere

Messages - Tim Vaughn                                          +18125896391, 8125896391, alexis.wellscheer@gmail.com

10/8/19 5:47:24 PM CDT

> Oh okay! Perfect!

10/9/19 2:13:24 PM CDT



10/9/19 2:14:45 PM CDT

Tim Vaughn (+18124704884)

Nice

10/9/19 2:14:48 PM CDT

Tim Vaughn (+18124704884)

Work