Messages - Tim Vaughn                                                        +18125896391, 8125896391, alexis.wellscheer@gmail.com

iMessage
1/11/20 3:38:38 PM CST

> Is the Orlando trip still happening?

1/11/20 3:39:43 PM CST

**Tim Vaughn (+18124704884)**
I think so

1/11/20 3:39:53 PM CST

**Tim Vaughn (+18124704884)**
I'll see what we need to do to get you paid be Freeman.

1/11/20 3:40:36 PM CST

**Tim Vaughn (+18124704884)**
Since your not an LLC

1/11/20 3:40:55 PM CST

> Okay! Also I saw that Khloe kardashians Good American brand is doing a casting call in Nashville. I didn't know if that was a brand you had worked with.

1/11/20 3:49:22 PM CST

**Tim Vaughn (+18124704884)**
No but you should Go to it

1/11/20 3:50:58 PM CST

**Tim Vaughn (+18124704884)**
I worked with Kylie Jenner this last year.

1/15/20 11:04:45 AM CST

**Tim Vaughn (+18124704884)**
Can you meet me at the church to get some info of to Freeman Agency services to get you squared awat for Orlando

1/15/20 11:05:27 AM CST

> Yes! I am here now

Messages - Tim Vaughn                                                               +18125896391, 8125896391, alexis.wellscheer@gmail.com

1/15/20 11:05:45 AM CST

**Tim Vaughn (+18124704884)**
Ok I'm headed there now

1/15/20 11:08:20 AM CST

Okay

1/15/20 11:13:51 AM CST

**Tim Vaughn (+18124704884)**
You are going to start today at 1

1/15/20 11:14:07 AM CST

**Tim Vaughn (+18124704884)**
Bring a note pad and pen

1/15/20 11:17:01 AM CST

Okay got it!

1/15/20 9:43:33 PM CST

**Tim Vaughn (+18124704884)**
Tomorrow I am starting early so when you are up and going head to the office.  I have a pile for you to start getting ready for next week.

1/15/20 9:46:04 PM CST

Okay!