Get Outlook for iOS

---

**From:** Madison Altonji <Madison.Altonji@encore-us.com>
**Sent:** Thursday, January 16, 2020 11:48 AM
**To:** Tim Vaughn (FAV Dallas) <T.Vaughn@freemanco.com>; Lloyd Ellis <Lloyd.Ellis@freeman.com>; Ishanee DeVas <Ishanee.DeVas@freemanco.com>; Tina Gmuer <tina.gmuer@hyatt.com>
**Cc:** Lexi Wells <Alexis.wells753@topper.wku.edu>; Laurna Mendoza <laurna.mendoza@veeva.com>
**Subject:** RE: Veeva FY21 FKO Pre travel production call.

Hi Tim,

I would love to connect tomorrow if you have availability. We still need to know the bandwidth requirements for the added VLAN's and it would be great to touch base on everything else as well. I would like to have my network service manager on the call as well to make sure we are all on the same page.

MADISON **ALTONJI**

**ENCORE** SALES MANAGER
at Hyatt Regency Orlando
O +1-407-345-4452  M +1-407-620-6340

ENCORE RIGGING  |  ENCORE 360 MEETING SPACE TOUR

---

**From:** Tim Vaughn (FAV Dallas)
**Sent:** Thursday, January 16, 2020 8:20 AM
**To:** Lloyd Ellis <Lloyd.Ellis@freeman.com>; Ishanee DeVas <Ishanee.DeVas@freemanco.com>; Tina Gmuer <tina.gmuer@hyatt.com>; Madison Altonji <Madison.Altonji@encore-us.com>
**Cc:** Lexi Wells <Alexis.wells753@topper.wku.edu>; Laurna Mendoza <laurna.mendoza@veeva.com>
**Subject:** Veeva FY21 FKO Pre travel production call.

Good morning everyone,

Doing this all together so we can complete what is needed by Friday EOD.

Laurna and I would like to wrap this week with a call to make sure everyone is on the same page has the most up to date schedules, lists and diagrams.   We all know we will have pop ups and adjustments after but I know everyone would like to have a great weekend before we arrive in Orlando.

Laurna and I spent 2 ½ hours reviewing and updating changes she received from here team and requests from Tina and the Hyatt team.   We have another call today to finalize any thing we didn't finish and any updates that come in.

Tina, thank you for your patience as we crammed a lot of information into a short period.  Do you have 1hr today between noon and 3:00 PM est to review the updated production schedule and any inventory shortages?   I will be forwarding you the updated schedule this morning.  Need to add notes from yesterday.

Madison,  same question can we connect to review a summary for VLAN, rigging, and questions you have on your plate.  I saw Laurna sent you an update late in the day and this is the same I want to confirm before my call with Laurna later today.

If everyone would share with me your available times for Friday we can send out a Zoom meeting call link - number.

Thank you everyone for your patients and all the long hours in preparation.

**Tim Vaughn**
Technical Solutions Manager
600 West Chicago Ave., Suite 125 | Chicago | IL | 60610
**m** 1 812 470 4884 | freeman.com