Messages - Tim Vaughn                                                +18125896391, 8125896391, alexis.wellscheer@gmail.com

iMessage
1/18/20 12:37:11 PM CST

> I'm about to start packing. Did you get that dress code list?

1/18/20 12:42:18 PM CST

**Tim Vaughn (+18124704884)**
> Business Black, highlights of color and white are OK. No jeans during show hours.

1/18/20 12:42:26 PM CST

**Tim Vaughn (+18124704884)**
> Don't wear hills

1/18/20 12:42:33 PM CST

**Tim Vaughn (+18124704884)**
> Have comfortable shoes

1/18/20 12:43:27 PM CST

**Tim Vaughn (+18124704884)**
> Animal prints won't be a good choice