Messages - Tim Vaughn                                                                                                  +18125896391, 8125896391, alexis.wellscheer@gmail.com

iMessage
1/19/20 12:55:44 PM CST

**Tim Vaughn (+18124704884)**
When you land go to Rosen Shingle Creek hotel.

1/19/20 12:56:06 PM CST

**Tim Vaughn (+18124704884)**
We got moved.  Nicer resort

1/19/20 1:06:33 PM CST

Okay great!

Text message
1/19/20 4:57:09 PM CST

Just got off the plane In Sanford

iMessage
1/19/20 5:06:16 PM CST

**Tim Vaughn (+18124704884)**
Ok let me know when you arrive.  I'll be after you but get checked in and we have work tonight

1/19/20 5:31:47 PM CST

**Tim Vaughn (+18124704884)**
Ok

1/19/20 5:32:22 PM CST

Okay I should arrive at the hotel by 7

1/19/20 5:33:01 PM CST

**Tim Vaughn (+18124704884)**
Ok I just landed

1/19/20 5:33:09 PM CST

**Tim Vaughn (+18124704884)**
We may arrive at the same time

1/19/20 5:39:20 PM CST

**Tim Vaughn (+18124704884)**
Also download WhatsApp.  It's how this client communicates

1/19/20 5:39:39 PM CST

Okay downloading it now

1/19/20 5:40:02 PM CST

**Tim Vaughn (+18124704884)**
Don't share your contacts when it asked

1/19/20 5:40:08 PM CST

Okay

1/19/20 5:59:57 PM CST

I'm checking in now

1/19/20 6:02:25 PM CST

**Tim Vaughn (+18124704884)**
Ok

1/19/20 6:10:09 PM CST

She told me I needed to wait like 5 minutes or so for the reservation name to be changed in the system

1/19/20 6:12:16 PM CST

Tim Vaughn



1/19/20 6:12:16 PM CST

Tim Vaughn (+18124704884)

Was changed this morning and confirmed

1/19/20 6:13:04 PM CST

Tim Vaughn (+18124704884)

Ask for front desk manager.  I'll email John Pate and ask him to look at it

1/19/20 6:13:46 PM CST

Tim Vaughn (+18124704884)

I'm in the car so I'll be there in 15 if you can't get in

1/19/20 6:20:10 PM CST

Tim Vaughn (+18124704884)

You can meet me out front when I arrive if you still having issues.

1/19/20 6:20:38 PM CST

Okay I'm at the desk right now. The manager is calling someone

Messages - Tim Vaughn																							+18125896391, 8125896391, alexis.wellscheer@gmail.com

1/19/20 6:32:45 PM CST

> I'll just wait for you because they said they won't be able to switch the room over because they are sold out

1/19/20 6:34:07 PM CST

Tim Vaughn (+18124704884)

> I'm here