Messages - Tim Vaughn & Lloyd Ellis                    +18125896391, 8125896391, alexis.wellscheer@gmail.com

iMessage
1/19/20 6:18:06 PM CST

**Tim Vaughn (+18124704884)**

I'm arrive soon.  Let's have some Japanese food saki and make fun of people

1/19/20 6:18:40 PM CST

**Lloyd Ellis (+18592212031)**

 I will be there once show over

1/19/20 6:19:05 PM CST

Liked "I'm arrive soon.  Let's have some Japanese food saki and make fun of people "