Messages - Tim Vaughn & Lloyd Ellis　　　　　　　　　　　　　　　　　　　　　　　+18125896391, 8125896391, alexis.wellscheer@gmail.com

iMessage
1/19/20 7:08:48 PM CST

**Lloyd Ellis (+18592212031)**
> Where you guys at

1/19/20 7:09:08 PM CST

**Tim Vaughn (+18124704884)**
> Headed to lobby now

1/19/20 7:11:30 PM CST

**Lloyd Ellis (+18592212031)**
> Heading that way.