Messages - Vaughn S & James Wells & Timothy Vaughn                                   8123053735, +18123053735, julie.k.wells@gmail.com

iMessage
1/19/20 7:01:28 PM CST

Timothy Vaughn (+18124704884)



1/19/20 7:01:28 PM CST

Timothy Vaughn (+18124704884)
Welcome to Orlando and Rosen Shingle Creek again

1/19/20 7:02:25 PM CST

James Wells (+18123053734)
Loved "Welcome to Orlando and Rosen Shingle Creek again "

1/19/20 7:03:27 PM CST

Vaughn S (+18126700311)
Is that where this confrence is at?

1/19/20 7:07:08 PM CST

Timothy Vaughn (+18124704884)
It's at the Hyatt Hilton and Rosen

1/19/20 7:07:22 PM CST

**Timothy Vaughn (+18124704884)**
But we are staying at the Rosen

1/19/20 7:13:01 PM CST

Loved an image

1/19/20 7:13:19 PM CST

This is so awesome!!!!

1/19/20 7:14:58 PM CST

**Timothy Vaughn (+18124704884)**



1/19/20 7:15:18 PM CST

Loved an image

1/19/20 7:15:24 PM CST

**Vaughn S (+18126700311)**
Lexer

1/19/20 7:15:30 PM CST

My working girl!!!! 🥰