iMessage
1/20/20 7:29:11 AM CST

**Tim Vaughn (+18124704884)**
Are you up getting ready for a long day

1/20/20 7:34:40 AM CST

**Tim Vaughn (+18124704884)**
I'll be in the lobby working when your up

1/20/20 8:02:20 AM CST

**Tim Vaughn (+18124704884)**
Are you alive lol

1/20/20 8:02:55 AM CST

Yes haha I'm up

1/20/20 8:03:21 AM CST

**Tim Vaughn (+18124704884)**
Ok take your time.  Lloyd and I are at the Hyatt doing some walk throughs

1/20/20 8:03:36 AM CST

Okay

Messages - Tim Vaughn +18125896391, 8125896391, alexis.wellscheer@gmail.com

1/20/20 8:13:51 AM CST

Tim Vaughn (+18124704884)



1/20/20 8:13:51 AM CST

Tim Vaughn (+18124704884)



Messages - Tim Vaughn +18125896391, 8125896391, alexis.wellscheer@gmail.com

1/20/20 8:13:51 AM CST

Tim Vaughn (+18124704884)



1/20/20 8:13:51 AM CST

Tim Vaughn (+18124704884)



1/20/20 8:13:51 AM CST

Tim Vaughn (+18124704884)

Left in my room

*1/20/20 8:21:22 AM CST*

> Nice haha

*1/20/20 9:25:29 AM CST*

> So do I need to meet you at the Hyatt?

*1/20/20 9:25:50 AM CST*

**Tim Vaughn (+18124704884)**
We are at the Hyatt yes.

*1/20/20 9:26:28 AM CST*

**Tim Vaughn (+18124704884)**
Take a car over have them bring you to Hyatt conference entrance.  I'll meet you and pay for it

*1/20/20 9:27:16 AM CST*

> Okay do I get the car out front?

*1/20/20 9:28:49 AM CST*

**Tim Vaughn (+18124704884)**
Yes

*1/20/20 9:32:10 AM CST*

> Okay I'm headed down now

*1/20/20 9:35:27 AM CST*

> On my way

*1/20/20 9:38:21 AM CST*

> I'm here

Delivered

*1/20/20 9:39:37 AM CST*

**Tim Vaughn (+18124704884)**
Lloyd is coming
Our

Messages - Tim Vaughn  +18125896391, 8125896391, alexis.wellscheer@gmail.com

1/20/20 9:39:39 AM CST

Tim Vaughn (+18124704884)

Out