iMessage
1/21/20 8:18:43 AM CST

**Tim Vaughn (+18124704884)**
You up?

1/21/20 8:24:00 AM CST

**Tim Vaughn (+18124704884)**
We headed over.  Let me know when you get to the Hyatt

1/21/20 8:29:54 AM CST

**Tim Vaughn (+18124704884)**
Your alive and OK?

1/21/20 8:41:56 AM CST

**Tim Vaughn (+18124704884)**
Hey are you OK?   I had the hotel call your room also.   DonI need to come check on you to make sure you are good?

1/21/20 9:18:22 AM CST

**Tim Vaughn (+18124704884)**
I'm at the Rosen are you here ?   Please let me know your OK

1/21/20 9:30:26 AM CST

**Tim Vaughn (+18124704884)**
Did you leave?

1/21/20 9:37:19 AM CST

**Tim Vaughn (+18124704884)**
I have several people at the hotel looks for you can you please call me

1/21/20 9:41:39 AM CST

**Tim Vaughn (+18124704884)**
Hotel security says your room is empty.

1/21/20 9:43:30 AM CST

**Tim Vaughn (+18124704884)**
I have to go back tot he Hyatt.  If you get these please let me know you are safe.   I'll check up on you in a bit.  Lloyd said you may just have your phone on silent and overslept