Messages - James Wells & Timothy Vaughn							8123053735, +18123053735, julie.k.wells@gmail.com

iMessage
1/21/20 11:08:36 AM CST

**Timothy Vaughn (+18124704884)**
Have you guys heard from Lexi this morning?   She was at dinner last night and said she was meeting in the lobby at 9:30 but we haven't heard from her.   Her phone goes to VM and she hasn't responded to text messages.

1/21/20 11:11:04 AM CST

Lexi is with James. She will not be returning.

1/21/20 11:11:47 AM CST

**Timothy Vaughn (+18124704884)**
Ok is she OK?

1/21/20 11:13:03 AM CST

No

1/21/20 11:24:28 AM CST

Tim Vaughn is now calling and texting us.

1/21/20 11:24:54 AM CST

**Timothy Vaughn (+18124704884)**
When you can please update me what changed overnight but I'll find someone to do the PA and make jobs locally.

1/21/20 11:25:29 AM CST

**Timothy Vaughn (+18124704884)**
Yes I am.   What is going on???

1/21/20 11:34:28 AM CST

**Timothy Vaughn (+18124704884)**
Hello?  Can you please tell me something?   Why would you be ignoring me and then discussing it?

1/21/20 11:39:53 AM CST

**Timothy Vaughn (+18124704884)**
James and Julie really? What is going on?

Messages - James Wells & Timothy Vaughn                                              8123053735, +18123053735, julie.k.wells@gmail.com

1/21/20 1:51:19 PM CST

Timothy Vaughn (+18124704884)

> So I have racked my brain to think of what may have happened Monday and asked others and we all saw the same that Lexi was Ingushes and happy joking and talking about the rest of the week.   So this has to be about Sunday and I would hope you would give me more credit than what I am getting now.   Just for the record I walked away from that situation and wherever your mind has gone about what you think my intentions would be with Lexi it's not that and why I away.   Thank you giving me any credibility.   James, at least punching me in the face for an over assumption.  I would have preferred that than this.  I'll clear out my things at the church and you won't here from me again.