IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| ALEXIS WELLS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO: 3:21-cv-47-JRS-MPB |
| | ) | |
| THE FREEMAN COMPANY, and | ) | |
| TIMOTHY VAUGHN, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER ON MOTION TO SEAL CERTAIN EXHIBITS TO COMPLAINT**

Before the Court for consideration is the Plaintiff's Motion to Accept the Filing of Certain Exhibits to Complaint Under Seal requesting that Complaint Exhibits 1, 5 and 14 be filed under seal as these exhibits include nude and/or partially clothed photographs of the Plaintiff. The Court finds this Motion should be granted.

IT IS THEREBY ORDERED, ADJUDGED AND DECREED that Complaint Exhibits 1, 5 and 14 be sealed by the Clerk of this Court.

DATED: _____

_____
Judge/Magistrate, United States District Court
Southern District of Indiana

*Served electronically on all ECF-registered counsel of record via email generated by the Court's ECF System.*