

iMessage
Fri, Feb 8, 9:36 PM

I know it's taken a bit but I have still been pushing you for sleepwear. If your still wanting work I have a wall display spot in NYC for the NewYork Curve EXPO inside the convention center. I need to shoot it quickly as it's Feb 25th. I can come to you to shoot it so we can get it to print. You were the finalist of over 100 girls. This is a great 1st opportunity. There are three spots open so it's $250 each up to $750 for the work. The are an exhibitor and I need to finalize these 3 booth walls. The brand is Bondy. They are a European company out of Turkey. Google Bondy Sleepwear and you will see there styles.

I am flying to New York Monday for 4 days so I need to know soon.

> Yes! I've really been working on my body lately so I'm super excited about this

Ok great. Do you have your tape to update measurements?



I need to get you some wardrobe shipped in ASAP

I also need 3 body shots. Front side and back. So they can finalize the look around your shape.

> Yes I'll update my measurements! Can you resend me the paper that has the measurements on it?

If you need help with that and what to wear let me know. The need your shape and since it's sleepwear you will notice in their website it's no bra so... be respectful but show your natural shape. Bottoms can be hip huggers tight sleep shorts anything that shows natural shape

By the way there Marketing VP said you are beautiful and she can't wait to see the wall prints

Yes

Again the sooner the better. They are in Europe so they are up now. I just got off a call with them.

> Okay I'll send ASAP. What kind on



> Okay I'll send ASAP. What kind on top should I wear I noticed most things were silk

Let me find a sample

Pic

Ok this should help.





You would have to open the face of the robe or use shear is ok.

For your side use a cami pulled up to chest so it doesn't cover your butt shape

Same with back or no covering on back. Remember the curves and shape are essential so do be shy now. It's going to 3 women

Also remember I told you sometimes things show through. It's Ok. No one is ever going to see or distribute.

Does that help or should You send me pics of what you have?






**Exhibit 1**
**REDACTED**




Exhibit 1
REDACTED



Exhibit 1
REDACTED



Exhibit 1
REDACTED



**1:41**

If something comes through revealing too much I'll blur it out like we did for your white thong on the cheer photo in Nashville

Hey there you are

That perfect. Loose the top piece add the robe back in and try to capture most of your natural breast. Somehow. You will have to work with it or find another way to do it.

**1:42**

Perfect. Now do the side without the robe but turn away so only the full shape too to bottom is seen. That's the last one.

I know this was probably uncomfortable but that why I talked to you about forgetting that and move forward.

Measurements. Get what you can for now and I'll let you know if they need something else

**1:42**

That would be it. These last three were great

Find a way to show your chest without showing your nipples

Then measure what you can on your own or with help tomorrow

And the chest needs a side profile. That may just be at Annandale to show shape and not the nipple.

She just emailed there are 5 spots not 3 still open to be filled. They can all be 1 model or 2 but she said they will max at 3 models

**1:43**

By the way you look great and you should be very proud of the progress. I can see the difference. Beauty match with great curves! You will be a hit and will be 8'tall in NYC with a flowing Blue or Burgundy gown. Plus what ever else they send your way.

So when am I supposed to shoot?

When is a good time to call you tomorrow and discuss the details of what they decide?

We will probably shoot right after I get back if the alterations are complete.

I return Thursday

There is a wedding Saturday.

I'm free anytime tomorrow I'm just going to Nashville and should be available all day

I will come to you though so we can work around school. I need to scout locations and studios locally

**Exhibit 1**
**REDACTED**



> Be prepared to video conference Mon – Wednesday. I'll make sure it fits within your schedule. It can be FaceTime

> Also remember the confidentiality. I can't stress that enough. Even to parents. That's why I had your dad leave They approved sleep And swimwear but it's on you now to tel me what you want to do and are comfortable with but like I said when we met in my office, problems with parents are not the concern of designers and I don't want your parents over judging you or me. I'll make sure you are not in bad situations but it is a modeling business for women.



> Thank you.

> She said if you are interested in bra and panty sets to let her know. She may be asking about modeling that line. It's up to you but it's one of the 5 walls

> They have 5 main lines they are marketing at the curve expo

>> That's fine wih me.

> Ok! She will Be very happy. Her vision is one model for all 5 walls.

>> So basically if I get it I'll be taking pictures that will go up at the expo?

> Yes at the Javits Center.

> Each wall is 8' tall x 12'wide. Each wall will showcase a line

>> Okay  gotcha





Exhibit 1
REDACTED


Exhibit 1 — REDACTED