**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| ALEXIS WELLS, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 3:21-cv-00047-JRS-MPB |
| ) | |
| THE FREEMAN COMPANY, Defendant, ) | |
| and ) | |
| TIMOTHY VAUGHN, individually, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**DEFENDANT/COUNTER-PLAINTIFF, TIM VAUGHN'S, STATEMENT OF CLAIMS AND DEFENSES**

Pursuant to the Court's Order, Defendant/Counter-Plaintiff, Timothy Vaughn ("Vaughn"), by counsel, respectfully submits his statement of claims and defenses to be proven at trial:

1. As to Plaintiff/Counter-Defendant, Alexis Wells' ("Wells") claims against Vaughn for Battery, Sexual Battery, Intentional Infliction of Emotional Distress, and Negligent Infliction of Emotional Distress, Vaughn denies that he committed any such acts and that Wells is entitled to any relief based on said claims.

2. As to Vaughn's claims against Wells, Vaughn will present evidence that Wells and/or by and through her agents committed *Defamation Per Se/Libel* when she/they published written communications to a third party, that were malicious and untrue, and that injured Plaintiff's occupational reputation and his reputation throughout the community. Vaughn has suffered damages as a result of Wells' defamatory actions.

3. As to Vaughn's claims against Wells, Vaughn will present evidence that Wells committed *Defamation Per Se/Slander* when Wells' disseminated verbal communications to

third parties that were malicious and untrue and injured Vaughn's occupational reputation and his reputation throughout the community. Vaughn has suffered damages as a result of Wells' defamatory actions.

4. As to Vaughn's claims against Wells, Vaughn will present evidence that Wells and/or her agents committed *Tortious Interference with a Business Relationship* - specifically:

- Vaughn has a business relationship with the Freeman Company, of which Wells was aware.

- Wells herself and/or through her agents intentionally interfered with Vaughn's relationship with the Freeman Company by making false claims against Vaughn and providing untruthful information to the Freeman Company.

- Said defamatory, false and misleading statements were made unnecessarily and without justification.

- Vaughn has suffered damages as a result of Wells' unlawful actions.

Defendant/Counter-Plaintiff, Timothy Vaughn reserves the right to supplement or amend the foregoing Statement of Defenses or Claims.

Respectfully submitted,

/s/Kyle F. Biesecker_____
Kyle F. Biesecker
B. Michael Macer
Ryan Sullivan
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, Indiana 47708
Telephone: (812) 424-1000
Facsimile:  (812) 424-1005
Email: kfb@bdlegal.com
          mmacer@bdlegal.com
          rsullivan@bdlegal.com

*Attorneys for Timothy Vaughn*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2022, a copy of the foregoing was filed electronically.  Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

Mary Lee Schiff<br>
Matthew Koressel<br>
Ziemer Stayman Weitzel & Shoulders, LLP<br>
lschiff@zsws.com<br>
mkoressel@zsws.com

Amanda L. Shelby<br>
Grayson F. Harbour<br>
FAEGRE DRINKER BIDDLE & REATH LLP<br>
amanda.shelby@faegredrinker.com<br>
grayson.harbour@faegredrinker.com

            */s/ Kyle F. Biesecker*_____
            Kyle F. Biesecker