IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ALEXIS WELLS, | ) |
|     Plaintiff and Counter-Defendant, | ) |
| vs. | ) CASE NO: 3:21-cv-47-JRS-MPB |
| THE FREEMAN COMPANY, and<br>TIMOTHY VAUGHN, individually, | ) |
|     Defendants and Counter-Plaintiff | ) |

## REPORT OF MEDIATOR AND
## NOTICE TO THE COURT OF UNSUCCESSFUL MEDIATION

Comes now the Mediator, William G. Hussmann, Jr., and advises the Court that the parties conducted a mediation session on October 31, 2022, and unfortunately informs the Court that the parties **did not** reach an agreement to resolve the matter.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By: */s/ William G. Hussmann, Jr.*
William G. Hussmann, Jr., Atty #8306-41
KIGHTLINGER & GRAY, LLP
915 Main Street, Suite 409
Evansville, IN 47708
Telephone: (812) 474-4400
Facsimile: (812) 474-4414
whussmann@k-glaw.com
*Mediator*

# CERTIFICATION OF SERVICE

I hereby certify that on the 11th day of November, 2022, a copy of the foregoing Mediator's Report was served either electronically or by First-Class Mail, postage prepaid, on the parties listed below and electronically filed through the Court's E-file system:

**For Plaintiff – Alexis Wells:**
Bernard Lobermann, IV / Lee Schiff /
Matthew S. Koressel
ZIEMER STAYMAN WEITZEL &SHOULDERS, LLP
20 N.W. First Street, 9th Floor, P O Box 916
Evansville, IN 47706-0916
Email: LSchiff@zsws.com
Email: mkoressel@zsws.com
Email: blobermann@zsws.com

**For Defendant – Timothy Vaughn:**
Kyle Biesecker – Email: kfb@bdlegal.com
Michael Macer – Email: mmacer@bdlegal.com
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street, Evansville, IN 47708

Ryan William Sullivan - Email: rsullivan@bdlegal.com
BIESECKER DUTKANYCH & MACER, LLC (Indianapolis)
144 N. Delaware Street, Indianapolis, IN 46204

**For Defendant - The Freeman Company:**
Grayson Frank Harbour - Email: grayson.harbour@faegredrinker.com
Faegre Drinker Biddle & Reath, LLP (Indianapolis)
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204

Lynne Anne Anderson - Email: lynne.anderson@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
600 Campus Drive, Florham Park, NJ 07932

Terran C. Chambers - Email: terran.chambers@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street, Minneapolis, MN 55402

                                                           */s/Kyle F. Biesecker*
                                                           Kyle F. Biesecker